1434

*March 29, 2017*

2017-Ohio-1152.]

**2017–0415. State v. Davenport.**
Montgomery App. Nos. 27096 and 27097, 2017–Ohio–688. Sua sponte, appellee ordered to file a response, if any, to the motion to stay the execution of the sentence, no later than 12:00 p.m. on Friday, March 31, 2017.

*March 30, 2017*

2017-Ohio-1153.]

**2016–0564. Gyugo v. Franklin Cty. Bd. of Dev. Disabilities.**
Franklin App. No. 15AP–150, 2016–Ohio–823. On the joint motion of appellee and amicus curiae state of Ohio for divided oral-argument time scheduled for April 4, 2017. Motion granted. Amicus curiae shall share the time allotted to appellee.

**2016–0930. State v. Banks–Harvey.**
Warren App. No. CA2015–08–073, 2016–Ohio–2894. On the joint motion of appellee and amicus curiae, Ohio Attorney General Michael DeWine, for divided oral-argument time scheduled for April 6, 2017. Motion granted. Amicus curiae shall share the time allotted to appellee.

**2016–1318. Ferrara v. Vicchiarelli Funeral Servs., Inc.**
Cuyahoga App. No. 104084, 2016–Ohio–5144. On appellees' motion to strike appeal. Motion denied as moot.

**2017–0097. Deutsche Bank Natl. Trust Co. v. Taylor.**
Summit App. No. 28069, 2016–Ohio–7090. On appellee's motion to strike notice of appeal and memorandum in support of jurisdiction due to improper service. Motion denied. Appellee may file a memorandum in response within 30 days of the date of this entry.